UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGINIA HAUF and STEPHEN BARROW,

    Plaintiffs,

v.

LIFE EXTENSION FOUNDATION and
WILLIAM FALOON,

    Defendants.
_____/

Case No. 1:06-cv-627

HON. JANET T. NEFF

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Defendant Life Extension Foundation's Motion to Dismiss (Dkt 4) is DENIED.

**IT IS FURTHER ORDERED** that Defendant William Faloon's Motion to Dismiss (Dkt 13) is DENIED.

DATED: March 4, 2008

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge